**UNITED STATES of America, for the Use and Benefit of The ROBERTSON LUMBER COMPANY, a North Dakota Corporation, Appellant,**

v.

**CONTINENTAL CASUALTY COMPANY, U. S. Fire Insurance Company, Foreign Corporations, Appellees.**

**No. 17603.**

United States Court of Appeals
Eighth Circuit.

Feb. 1, 1965.

Rehearing Denied Feb. 26, 1965.

Robert Vaaler, of Stokes, Vaaler, Gillig, & Warcup, Grand Forks, N. D., for appellant.

James L. Lamb, of Degnan, Hager, McElroy & Lamb, Grand Forks, N. D., for appellees.

Before VOGEL, MATTHES and RIDGE, Circuit Judges.

PER CURIAM.

The judgment of the District Court, mandated at 223 F.Supp. 435, l. c. 438, is affirmed on the basis of the District Court's opinion there set forth; and this Court's opinions in Continental Casualty Company v. United States for Use and Benefit of Robertson Lumber Company (8 Cir. 1962), 305 F.2d 794, cert. den. 371 U.S. 922, 83 S.Ct. 290, 9 L.Ed.2d 231; Continental Casualty Company v. Allsop Lumber Co., Inc. (8 Cir. 1964), 336 F.2d 445, cert. den. 85 S.Ct. 662 (1965); Koppers Company v. Continental

Casualty Company (8 Cir. 1964), 337 F. 2d 499; and Missouri-Illinois Tractor & Equipment Co. v. D & L Const. Co. & Associates et al. (8 Cir. 1964), 337 F.2d 507.